UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUTH DELGADO,

                      Plaintiff,

            -against-

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION

                  Defendant.

7:25-CV-9030 (JGLC)

**ORDER**

**JESSICA G. L. CLARKE, United States District Judge:**

Pursuant to the Court's Order dated November 3, 2025, the parties were required to confer regarding whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all proceedings before the assigned Magistrate Judge. *See* ECF No. 4. If both parties consent, they were required to file a fully executed Notice, Consent, and Reference of Civil Action to a Magistrate Judge Form no later than November 17, 2025. If either party does not consent, they were to file, by November 3, 2025, a joint letter advising the Court that the parties do not consent. Defendant entered an appearance on November 19, 2025. *See* ECF No. 5. To date, the parties have not satisfied their obligations. As a courtesy, the parties' deadline is hereby EXTENDED, nunc pro tunc, to December 11, 2025.

Dated: December 4, 2025
      New York, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge