USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _ 3/18/2026 _

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
Delgado,

                           Plaintiff,                              25-cv-09030-VR

             -against-                                            **ORDER**

Bisignano, Commissioner of
Social Security Administration,
                           Defendant.
-----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

On December 30, 2025, the Commissioner of Social Security

Administration filed the SSA administrative record. (ECF No. 9). Plaintiff's

brief was due 30 days later on January 29, 2026. The Court has not yet received

any such brief. The Court *sua sponte* extends the deadline to submit Plaintiff's

brief to **April 1, 2026**.

         **SO ORDERED.**

DATED:     White Plains, New York
           March 18, 2026


                                                    _____
                                                    VICTORIA REZNIK
                                                    United States Magistrate Judge